No. 193, Misc.   SKINNER *v.* ROBINSON, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 194, Misc.   ANDERSON *v.* MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 196, Misc.   LYNCH *v.* NORTH DAKOTA.   Supreme Court of North Dakota.   Certiorari denied.

No. 197, Misc.   O'NEAL *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 199, Misc.   BOSALAVICH *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

NOVEMBER 6, 1950.

No. 304.   TREICHLER, EXECUTOR, *v.* WISCONSIN.

*Per Curiam:*

Insofar as the appeal attacks the validity of the computation of appellant's tax under the Wisconsin Emergency Tax on Inheritances, Wis. Stat. (1947) § 72.74 (2), the judgment of the Wisconsin Supreme Court is affirmed. *Treichler* v. *Wisconsin,* 338 U. S. 251 (1949).   Insofar as the appeal attacks the validity of the computation of appellant's tax under the Wisconsin Estate Tax, Wis. Stat. (1947) § 72.50, the appeal is dismissed, that portion of the judgment of the Wisconsin Supreme Court resting on an adequate nonfederal ground.   *A. W. Schutz* for appellant.   *Thomas E. Fairchild,* Attorney General of Wisconsin, *Harold H. Persons,* Assistant Attorney General, and *Neil Conway* for appellee.   *J. Gilbert Hardgrove* filed a brief, as *amicus curiae,* supporting appellant.